Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS DREYFUS, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA IBEW-NECA PENSION TRUST FUND, et al.,<br><br>    Defendants. | ) CASE NO.: CV-09-3943 JFW (Ex)<br>)<br>) ASSIGNED TO THE HONORABLE<br>) JUDGE JOHN F. WALTER<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>) |

Pursuant to the Court's order,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Plaintiff Morris Dreyfus' complaint is dismissed, in its entirety, with prejudice.

Dated: September 25, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE